# UNITED STATES DISTRICT COURT
for the
District of Nebraska

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 8:21MJ568 |
| Mayra RENDON, | ) | |
| Samantha CAWYER, | ) | |
| Colleen WIAND, | ) | |
| Emidio BECERRA a/k/a "Sporty" | ) | |
| Oscar Ulises QUIROZ AYON | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **see Offense Description** in the county of **Douglas** in the District of **Nebraska & elsewhere**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1)&(b)(1); 21 U.S.C. § 846 | Beginning on or about August 13, 2021, and continuing to on or about November 4, 2021, in the District of Nebraska and elsewhere, Defendants Mayra RENDON, Samantha CAWYER, Colleen WIAND, Emidio BECERRA a/k/a "Sporty" and Oscar Ulises QUIROX AYON did knowingly and intentionally combine, conspire, confederate, and agree together and with other persons to distribute and possess with intent to distribute fentanyl and methamphetamine (actual), its salts, isomers, and salts of its isomers, both Schedule II controlled substances. |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Hailey N. Anderson, DEA Special Agents
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Date: 11/5/2021

_____
Judge's signature

City and state: Omaha, Nebraska

Michael D. Nelson, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

1. Your Affiant, Hailey N. Anderson, is a Special Agent with the Drug Enforcement Administration (DEA) and have been so employed since April 26, 2019. I am currently assigned to the Omaha Division Office, and I am responsible for investigating drug trafficking and money laundering violations under Titles 18 and 21 of the United States Code. I am currently assigned to Task Force Group 1 in the Omaha Field Division Office. In conducting my official duties, I have participated in investigations involving purchases of controlled substances from suspected narcotics traffickers using both undercover operatives and confidential sources. I have conducted surveillance in connection with narcotics investigations, and I have participated in the execution of search warrants for narcotics, proceeds, and documentary evidence of narcotics trafficking. I have participated in drug trafficking investigations involving court-authorized wire and electronic intercepts. I have also spoken with more experienced narcotics investigators concerning the practices of narcotics traffickers and the best methods to use in investigating narcotics trafficking organizations. I am familiar with narcotics traffickers' methods of operation, including: the distribution, storage, and transportation of narcotics; the collection of money proceeds of narcotics trafficking; and methods of money laundering used to conceal the nature of the proceeds. I know, based upon my training and experience, as well as information relayed to me during the course of my official duties, that a significant percentage of the cocaine, methamphetamine, and marijuana imported into the United States comes from Mexico and South America and enters the domestic market at various points along the southwest border of the United States. I have also received 16 weeks of specialized training in Quantico, Virginia, pertaining to drug trafficking, money laundering, undercover operations and electronic and physical surveillance procedures.

2. This affidavit is made in support of an application for a criminal complaint against Mayra RENDON, Samantha CAWYER, Colleen WIAND, Emidio Becerra aka Sporty, and Oscar Ulises QUIROZ AYON for violations of Title 21, United States Code § 841(a)(1), distribution

1

and possession with intent to distribute methamphetamine and fentanyl, and Title 21, United States Code § 846, conspiracy to distribute and possess with intent to distribute methamphetamine and fentanyl.

    a. **Mayra RENDON**, Date of Birth: 12/5/1985, SSN: 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, FBI Number: FFH0C75KX;

    b. **Samantha CAWYER**, Date of Birth: 10/7/1987, SSN: 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;

    c. **Colleen WIAND**, Date of Birth: 06/24/1978, SSN: 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;

    d. **Emidio BECERRA aka Sporty**, Date of Birth: September 30, 1986, SSN: 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, FBI Number: 776695LB1;

    e. **Oscar Ulises QUIROZ AYON**, Date of Birth: February 15, 1991.

3. Your Affiant is aware of the following facts and circumstances related to this investigation:

4. Since January 2021, personnel of the Drug Enforcement Administration (DEA) Omaha Field Division (Omaha FD) have been conducting an ongoing investigation into the drug trafficking activities of an organization distributing large quantities of methamphetamine and M-30 fentanyl pills in the Omaha, Nebraska and Council Bluffs, Iowa area.

5. In August of 2021, DEA Omaha FD personnel utilized UC-1 for the purpose of conducting a controlled purchase of 3,000 M-30 fentanyl pills from a member of the drug trafficking organization. UC-1 was given the phone number of (650) 834-1777 to complete the purchase from an unknown courier. Based on administrative subpoena information and open source databases, agents identified Mayra RENDON as the courier and the person utilizing phone number (650) 834-1777.

6. On August 13, 2021, RENDON agreed to meet UC-1 at a pre-determined meet location in Council Bluffs, Iowa. Later this same day, agents observed RENDON arrive at the pre-

determined meet location via a white Nissan Kicks, bearing Iowa license plate KOR106. Agents noted that the white Nissan Kicks was operated by an unidentified female, believed to be Colleen WIAND, and RENDON was the front passenger. A subsequently query of the white Nissan Kicks via a law enforcement database revealed that the vehicle was registered to Colleen WIAND at 544 Woodbury Ave., Apt. 3, Council Bluffs, Iowa 51503.

7. Upon arriving at the pre-determined meet location, UC-1 observed REDNON exit the white Nissan Kicks, walk towards UC-1's vehicle and enter UC-1's vehicle. At approximately this same time, UC-1 observed the white Nissan Kicks depart the area. Once RENDON was inside UC-1's vehicle, UC-1 asked RENDON if she had "it," referring to the M-30 pills. RENDON stated that she had it, but she was taking her "precautions" because she did not know what was in the "box." RENDON then stated that she had "it" at JC Penny. RENDON instructed UC-1 to keep the money and explained that she and UC-1 were going to go get "it." UC-1 subsequently informed RENDON that s/he did not want to travel to JC Penny. RENDON further explained that her "home girl" had it at JC Penny.

8. While inside UC-1's vehicle, UC-1 observed RENDON make multiple phone calls to the person who was in possession of the 3,000 M-30 fentanyl pills. UC-1 observed that the person RENDON was calling was labeled as "Samantha" in RENDON'S cell phone. RENDON instructed the unidentified individual to come meet UC-1 and RENDON at the Mid-America Center parking lot. Following the phone call with "Samantha," UC-1 asked what kind of car RENDON'S friend was driving, which RENDON responded, a "grey something."

9. At approximately 10:31 a.m., UC-1 observed a silver Nissan Altima arrive and park next to UC-1's vehicle. UC-1 noted that the sole occupant of the silver Nissan was a white female with red hair. Once the silver Nissan Altima parked, RENDON exited UC-1's vehicle and walked towards the silver Nissan Altima. UC-1 and surveillance units subsequently observed RENDON retrieve a maroon drawstring bag from the driver's window of the silver Nissan Altima

3

and walk back to UC-1's vehicle. RENDON then reentered UC-1's vehicle with the maroon drawstring bag.

10. Upon reentering UC-1's vehicle, RENDON provided UC-1 with the maroon drawstring bag, that contained a United States Postal Service (USPS) box. After receiving the USPS box from RENDON, UC-1 provided RENDON with payment for the box. RENDON then exited UC-1's vehicle, entered the silver Nissan Altima and departed the area.

11. After completing the controlled purchase, agents opened the USPS box provided to UC-1 by RENDON. Upon opening the box, agents located a children's toy, which appeared to be its original packaging. Agents then opened the children's toy and located three zip-lock bags wrapped in carbon paper. Each zip lock bag contained small blue pills stamped "M" and "30," suspected to be fentanyl pressed into pill form. Agents noted that the USPS package appeared to have been sent from California and had either arrived on or was sent on August 9, 2021. A subsequent forensic lab test confirmed that "M-30" pills purchased from RENDON were approximately 339.6 grams of a mixture including fentanyl, a fentanyl precursor, fentanyl analog, and over the counter painkiller.

12. At approximately 10:34 a.m., agents observed the grey Nissan Altima enter the parking garage of the Horseshoe Casino, located at 2701 23rd Avenue, Council Bluffs, Iowa. Shortly thereafter, agents observed the white Nissan Kicks drive through the casino parking lot, travel to the Sapp Brother's Travel Center and then return to the Woodbury Pines Apartment complex.

13. Upon entering the casino, casino staff scanned Mayra RENDON's California driver's license and Samantha Lillie Marie CAWYER's Iowa driver's license. DEA Omaha FD personnel were able to obtain this information from the Iowa Department of Criminal Investigations. Based on the scans of RENDON and CAWYER's driver's licenses and surveillance footage, agents confirmed that RENDON and Samantha CAWYER were the two

females in the grey Nissan Altima. Furthermore, CAWYER was the driver of the grey Nissan Altima, the person who delivered the M-30 fentanyl pills to RENDON and is believed to be the person labeled as "Samantha" in RENDON's cellular device.

14. On August 13, 2021, members of the DEA Omaha FD contacted members of the United States Postal Inspector Service (USPIS) regarding the USPS package containing the M-30 fentanyl pills sold to UC-1 by RENDON. Members of the USPIS related that 544 Woodbury Ave., Apt. 3, Council Bluffs, Iowa 51503, the registered address of the white Nissan Kicks, believed to be WIAND'S apartment had received a USPS package on August 9, 2021, from California. Based on this information, USPIS initiated a mail watch, for the purpose of being notified of any USPS packaged destined for 544 Woodbury Ave., Apt. 3, Council Bluffs, Iowa 51503.

15. On August 19, 2021, members of the USPIS located and seized a USPS package destined for 544 Woodbury Ave., Apt. 3, Council Bluffs, Iowa 51503. This USPS package was shipped from California and had other characteristics similar to the one provided to UC-1 on August 13, 2021. On this same day, United States Magistrate Judge Suzan M. Bazis of the District of Nebraska signed a search warrant (8:21MJ456) for a USPS package, which was destined for 544 Woodbury Ave., Apt. 3, Council Bluffs, Iowa 51503, an address utilized by the Target DTO to receive M-30 fentanyl pills.

16. On August 20, 2021, agents executed the aforementioned search warrant in the District of Nebraska. Upon opening the USPS box, agents located a puzzle, which appeared to be its original packaging. Agents then opened the puzzle and located three zip-lock bags wrapped in carbon paper. Each zip lock bag contained small blue pills stamped "M" and "30," suspected to be fentanyl analog pressed into a mold. A subsequent forensic lab test confirmed that pills weighed 337.96 grams and tested positive for fentanyl, a fentanyl precursor, fentanyl analog and over the counter painkillers.

17. On August 25, 2021, Omaha FD Personnel received information from an FBI Safe

Streets Task Force (SSTF) Confidential Source (CS-1) regarding a United Parcel Service (UPS) package associated to RENDON. CS-1 informed agents that RENDON was expecting a package to be delivered to 600 E Washington St., Clarinda, Iowa. Per CS-1, RENDON intended on picking up the package and delivering it to a customer at an unknown location.

18. Prior to August 25, 2021, law enforcement obtained court authorization for Precision Location Information (PLI) data related to RENDON's telephone. On August 15, 2021, at approximately 4:55pm, PLI for RENDON'S phone placed the device traveling northbound on I-29 near Pacific Junction, IA. Based on this information, agents believed that RENDON was travelling back towards Council Bluffs, IA from Clarinda, IA. At approximately 5:25pm, PLI data related to RENDON's phone, placed the device in a parking lot located at South 24th Street and N Street in Omaha, NE. Based on CS-1's information and the previously described PLI data related to RENDON's phone, agents believe that RENDON picked up illicit narcotics in Clarinda, IA and then transported the narcotics to Omaha, NE where she distributed the suspected narcotics.

19. On August 26, 2021, Omaha FD personnel reviewed surveillance footage covering the parking lot in which RENDON conducted a suspected drug transaction on August 25, 2021. During the review of this surveillance footage, agents observed a white SUV, matching the characteristics of the previously identified white Nissan Kicks, park in the approximate location where PLI data placed REDON's cellular device. At approximately 5:36 p.m., agents observed a light-colored sedan park next to the white SUV. An unidentified individual subsequently exited the light-colored sedan and entered the back seat of the white SUV. At approximately 5:37 p.m., agents observed the same individual exit the white SUV and begin walking away. Shortly thereafter the white SUV was observed departing the parking lot. Surveillance conducted on this same date observed the white Nissan Kicks return to 544 Woodbury Dr., Council Bluffs, Iowa. Surveillance observed RENDON exit the front passenger seat of the white Nissan Kicks followed by WIAND, who exited the driver's seat of the Kicks. Based on the above described information,

USPIS personnel placed a mail watch on 600 E Washington St., Clarinda, Iowa.

20. Prior to November 4, 2021, UC-1 was in contact with the drug trafficking organization. UC-1 discussed arranging the purchase of additional fentanyl. Law enforcement anticipated the fentanyl would be arriving in the Omaha, NE area and would be picked up by WIAND. Through the investigation, agents were aware that RENDON, who was previously in the Nebraska/Iowa area had temporarily returned to California. However, agents had reason to believe that RENDON would return to Nebraska to further the drug trafficking organizations activities.

21. Throughout the day on November 4, 2021, agents conducted surveillance on WIAND. At approximately 2:46 p.m. agents observed WIAND's white Nissan Kicks travel to the Supermercado, located at 3548 Q Street, in Omaha, where the Nissan pulled into a parking stall in the lot. WIAND was identified as the driver and remained in her vehicle. Shortly after, at approximately 2:54 p.m. agents observed a white Hyundai sedan pull into the parking lot and park next to the Nissan Kicks. A Hispanic male was seen placing an item in WIAND's car. Agents observed the two cars depart from the parking lot. At approximately 2:59 p.m., Omaha Police Department officers conducted a traffic stop of the Nissan Kicks. WIAND was taken into custody. Officers recovered a box from the Nissan Kicks containing approximately 13.4 pounds of pills marked "M-30," suspected fentanyl in pill form.

22. At approximately 3:02 p.m., near 30th Street and Chandler Street in Omaha, officers conducted a traffic stop on the white Hyundai, agents previously observed meeting with WIAND, at the Supermercado. The occupants were detained for questioning. One of the occupants was identified as Oscar Ulises QUIROZ AYON.

23. On November 4, 2021, agents executed a warrant on WIAND's residence located at 544 Woodbury Ave., Apt. 3, Council Bluffs, Iowa 51503. Agents recovered approximately 119.2 grams of "M-30" pills suspected to be fentanyl pressed into pill form. Also located in the residence was Emidio BECERRA aka Sporty, BECERRA was detained for questioning.

24. BECERRA, after receiving his *Miranda* warning, agreed to speak to agents. BECERRA admitted to going to WIAND's apartment, but alleged he was only there because he got into a fight with his girlfriend. BECERRA admitted that he knew RENDON and had previously gotten high with RENDON at WIAND's residence. BECERRA admitted he was aware that another courier, identified as Giovanna Cisneros was arrested in Utah for drug related charges. BECERRA admitted that RENDON asked BECERRA to make the trip that Cisneros ultimately made, but he declined to do so. However, through surveillance, agents observed BECERRA assist Cisneros in making preparations to travel, including changing Cisneros's windshield wipers before she traveled to California. BECERRA stated that he believed RENDON was flying to Omaha today because a shipment of drugs was arriving. RENDON informed BECERRA that she was traveling to Omaha to "take care of some stuff" which BECERRA interpreted to mean controlled substances.

25. Through electronic surveillance, agents are aware that BECERRA and RENDON were in communication on November 4, 2021. Specifically, BECERRA and RENDON discussed the purpose of RENDON's trip to Omaha. BECERRA inquired of RENDON as to whether, "the gifts" were "already over here?" RENDON stated that they were. RENDON clarified, "these are not that kind of gifts, dude. It's other gifts." BECERRA asked RENDON if the gifts were "pills," and RENDON confirmed they were. RENDON then informed BECERRA she would need him as her bodyguard. Agents believe BECERRA was present at WIAND's apartment to assist RENDON with her drug trafficking activities.

26. WIAND, after being provider her *Miranda* warning, agreed to speak to law

enforcement. WIAND admitted that beginning in August, RENDON resided with her at her apartment in Council Bluffs, Iowa. RENDON asked WIAND if she could use her address to receive a package. WIAND admitted that on August 13, 2021, she drove RENDON to the Bass Pro Shop in Council Bluffs, Iowa. Later that day, she picked RENDON up at a casino. WIAND stated that RENDON used her address again to receive a package, but the package did not arrive. On another occasion, WIAND drove RENDON to Clarinda, Iowa where RENDON picked up a package from a friend's house in the area. WIAND then drove RENDON to Omaha where RENDON dropped off the package to a Hispanic male. WIAND stated that RENDON paid her to receive packages at her residence. WIAND admitted that she placed the bag containing the suspected fentanyl pills, recovered from her residence, in her closet today. In addition to receiving packages at RENDON's direction, WIAND, on four occasions, traveled to Omaha to pick up money. WIAND was then paid to wire the money she picked up. Agents recovered several wire transfer receipts from WIAND's residence showing WIAND transferring money to various individuals located in Sinaloa, Mexico. WIAND also stated that RENDON wanted BECERRA to accompany her to Omaha to pick up the box, however WIAND ultimately traveled to the Supermercado alone. WIAND admitted that overall she knew RENDON was dealing controlled substances, and WIAND was being paid to assist her.

27.     Samantha CAWYER, after being provided her *Miranda* warning, agreed to speak to agents. CAYWER admitted that on August 13, 2021, she transported the package to RENDON that RENDON sold to UC-1. CAWYER admitted that at RENDON's direction she wired money from Omaha to various individuals.

28.     Oscar Ulises QUIROZ AYON was detained for questioning. After being provided his *Miranda* warning, he agreed to speak to agents. QUIROZ AYON admitted that approximately two months ago, he arrived in Omaha from Sinaloa, Mexico. He came to the Omaha area with the

9

specific purpose of receiving controlled substances. QUIROZ AYON stated that the morning of November 4, 2021, he received a phone call from someone in Mexico who instructed him to go to the Casey's located at 72nd and Grover Streets, in Omaha, to meet a white male who gave him a TV box. The same person in Mexico then told QUIROZ AYON to meet a woman at the Supermercado located at 36th and Q, and deliver the TV box.

29. Based on the above facts and circumstances, your Affiant believes that sufficient probable cause exists in support of the complaint against Mayra RENDON, Samantha CAWYER, Colleen WIAND, Emidio Becerra aka Sporty, and Oscar Ulises QUIROZ AYON for violations of Title 21, United States Code § 841(a)(1), distribution and possession with intent to distribute methamphetamine and fentanyl, and Title 21, United States Code § 846, conspiracy to distribute and possess with intent to distribute methamphetamine and fentanyl.

_____
Hailey N. Anderson
Special Agent
Drug Enforcement Administration (DEA)

Subscribed to and sworn to before me on November 5, 2021.

_____
MICHAEL D. NELSON
United States Magistrate Judge