IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | Case No. 8:21cr284 |
|---|---|
| Plaintiff, | |
| vs. | WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ORDER |
| EMIDIO BECERRA, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charge[s] currently pending against the defendant in this court.

(1) The defendant affirms receiving a copy of the Indictment;

(2) The defendant understands the right to appear personally before the Court for an arraignment on the charge[s], and voluntarily waives that right; and

(3) The defendant pleads not guilty to all counts of the Indictment.

_____  _____
Defendant                   Date

_____  _____
Attorney for Defendant      Date

**ORDER**

**IT IS ORDERED** that Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

DATED this __10__ day of December, 2021.

BY THE COURT:

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT