IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:21CR284 |
| | ) | |
| vs. | ) | |
| | ) | |
| EMIDIO BECERRA and | ) | ORDER |
| OSCAR ULISES QUIROZ AYON, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the court on defendant Emidio Becerra's Unopposed Motion to Continue Trial [327]. After a telephone conference with counsel, the undersigned magistrate judge finds good cause for the requested continuance in order to allow the defendant sufficient time to conclude plea negotiations. Counsel for defendant Oscar Ulises Quiroz Ayon does not object to the continuance. Accordingly,

**IT IS ORDERED** that the Motion to Continue Trial [327] is granted, as follows:

1. The jury trial, **for both defendants**, now set for July 31, 2023, is continued to **September 25, 2023.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and September 25, 2023** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. **No further continuances will be granted.**

**DATED:** July 24, 2023.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge